UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 13-30008-MAP |
| | ) | |
| | ) | 21 U.S.C. § 841 (Possession with Intent to Distribute Cocaine) (Count One) |
| v. | ) | |
| | ) | 21 U.S.C. § 841 (Possession with Intent to Distribute Marijuana) (Count Two) |
| | ) | |
| 1) KELLY ARZATE, Defendant. | ) | 18 U.S.C. § 2 (Aiding and Abetting) (Counts One and Two) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE: Title 21, United States Code, Section 841: Possession with Intent to Distribute Cocaine; Title 18, United States Code, Section 2: Aiding and Abetting

1. On or about December 19, 2012, in Hampden County, in the District of Massachusetts,

1) KELLY ARZATE,

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. The offense described in Paragraph One of Count One of this Indictment involved five hundred grams or more of a mixture and substance containing cocaine. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this case.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT TWO: Title 21, United States Code, Section 841: Possession with Intent to Distribute Marijuana; Title 18, United States Code, Section 2: Aiding and Abetting

On or about December 19, 2012, in Hampden County, in the District of Massachusetts,

1) KELLY ARZATE,

the defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance;

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DRUG FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. Upon conviction of the offenses alleged in Counts One and Two of this Indictment,

1) KELLY ARZATE,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses including, but not limited to, the following:

(a) $13,356.76 in United States Currency and

(b) a 2009 Acura TL bearing vehicle identification number 19UUA86569A002408.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

Foreperson of the Grand Jury

Todd E. Newhouse
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on March 28, 2013. at 1:06pm

Deputy Clerk of Court